AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

FILED
VANESSA L. ARMSTRONG, CLERK
SEP 18 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| JOSHUA E. YOUNG | ) Case No. 3:19-MJ-441 |
| | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about May 20, 2019, in Jefferson County Kentucky, in the Western District of Kentucky, the defendant violated:

Title 18, United States Code, Section 751     Escape

This criminal complaint is based on these facts:

*See attached Affidavit*

_____
Joseph Palmer
Deputy U.S. Marshal
Western District of Kentucky

*Sworn to before me and signed in my presence.*

Date: September 18, 2019

_____
COLIN H. LINDSAY
United States Magistrate Judge

City and State: Louisville, Kentucky

*MJF(AUSA initials)*

# AFFIDAVIT
# IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph Palmer, your affiant, having been duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Deputy United States Marshal. I am currently assigned to the United States Marshals Service, Western District of Kentucky, Louisville, Kentucky office. I have been employed with the United States Marshals Service since March 2010. As a Deputy United States Marshal, my duties include the following: fugitive apprehension, investigations of escape, investigations of failure to appear, investigations into other violations of the Court's orders, court operations, prisoner production, prisoner processing, and the maintenance of prisoner records. Deputy United States Marshals are commissioned federal law enforcement officers of the United States and are authorized to carry firearms, execute warrants, make arrests for offenses against the United States of America, and perform other law enforcement duties as authorized by law.

2. From March 2010 through July 2010, I attended the United States Marshals Training program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. While at FLETC, I completed the Marshals Pre-Basic Program, the Criminal Investigator Training Program, and the United States Marshals Basic Training Course. I have personally conducted a criminal investigation of Joshua E. Young, who escaped from Dismas Charities, located at 124 W. Oak Street, Louisville, KY 40203, on May 20, 2019.

3. This affidavit is submitted in support of a criminal complaint against Joshua E. Young for Escape, in violation of Title 18, United States Code, Section 751(a). The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, my review of documents and computer records relating to this investigation,

communication with others who have personal knowledge of the events and the circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the complaint, it does not set forth each and every fact that I, or others, have learned during the course of the investigation.

4. Title 18, United States Code, Section 751(a) states in pertinent part, that "Whoever escapes or attempts to escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, or magistrate judge, or from the custody of an officer or employee of the United States pursuant to lawful arrest, shall, if the custody or confinement is by virtue of arrest on a charge of felony, or conviction of any offense, be fined under this title or imprisoned not more than five years, or both."

5. On September 5, 2018, Joshua E. Young ("Young") was sentenced in the Western District of Kentucky by the Honorable Charles R. Simpson III, and committed to the custody of the Federal Bureau of Prisons for a term of thirty-seven (37) months, after having previously pled guilty to a single count of 18 USC 922(g)(1) and 924(a)(2)-felon in possession of a firearm.

6. On April 19, 2019, Young arrived at the Dismas Charity Center RRC, located at 124 W. Oak Street, Louisville, KY. The RRC is in the Western District of Kentucky. While at the RRC, Young was still in the custody of the Bureau of Prisons with a projected release date of September 15, 2019. Additionally, Young was given a Bureau of Prisons form outlining the conditions of his furlough, which clearly stated that while at the Dismas House he, "Remains in the custody of the U.S. Attorney General, in service of a term of imprisonment," and "Is subject

to prosecution for escape if he/she fails to return to the institution at the designated time." Young signed that form and dated it March 19, 2019. Young was also given another Bureau of Prisons form which reads "This is your official notification that should you be unaccountable at work, pass, or any other approved site, or if you leave the center without permission, you will be charged with Escape." Young signed that form and dated it April 19, 2019.

7. On May 20, 2019, at approximately 0120 hours, Young escaped from the RRC. Video surveillance footage obtained from the Dismas House indicates that Young was assisted in his escape from the BOP facility. The same day, the Federal Bureau of Prisons issued an escape notice, which was forwarded to the United States Marshals Service in Louisville, KY. The escape notice was uploaded into NCIC and a wanted person record was created for Young. Young never returned to the RRC.

8. On June 21, 2019, the information developed during the investigation by the United States Marshals Service Western Kentucky Regional Fugitive Task Force indicated that Young could be found at 9715 Thor Avenue, in Louisville, Kentucky. When Deputy U.S. Marshals, along with officers from the Louisville Metro Police Department, approached the front porch of the Thor Avenue address, Young, who was in the back yard of the residence, fled by jumping over the back fence. Shortly thereafter, Young was arrested and taken into custody by LMPD officers in the back yard of a residence located nearby on Saturn Avenue.

9. Based on the facts and circumstances described in this affidavit, along with my training, experience, and consultation with other experienced law enforcement agents, there is probable cause to believe that on May 20, 2019, Joshua E. Young committed a violation of

federal law in that he escaped from Federal custody, a violation of Title 18, United States Code, Section 751(a).

Joseph Palmer
Deputy United States Marshal
United States Marshals Service
Western District of Kentucky

Subscribed to and sworn before me on September 18, 2019.

Honorable Colin H. Lindsay
United States Magistrate Judge

4