**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO.: 3:19CR-179-DJH**
**UNITED STATES OF AMERICA,**                                                     **PLAINTIFF,**

**vs.**

**JOSHUA YOUNG,**
                                                                                                            **DEFENDANT.**

## DEFENDANT'S SENTENCING MEMORANDUM

The Defendant, Joshua Young, has pleaded guilty to the sole count of the Indictment charging him with Escape in violation of 18 U.S.C. § 751(a). (DN 7, Indictment). Sentencing is scheduled for April 6, 2020.

Mr. Young entered his guilty plea in conjunction with a Rule 11(c)(1)(C) Plea Agreement with the United States. (DN 20, Plea Agreement). In the Plea Agreement, the parties agreed to make a recommendation of 18 months imprisonment. (Id., Para. 9). The Pre-Sentence Report ("PSR") outlines a Guideline Range of 15 - 21 months. (DN 22, PSR, Para. 57). Counsel is unaware of any objections to the PSR by either party.

The recommended sentence of 18 months is the midpoint of the Guideline Range. The defense submits that such a sentence is "sufficient, but not greater than necessary" to meet the objectives of federal sentencing. See, 18 U.S.C. § 3553.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

**WHEREFORE**, the defense respectfully requests the Court to follow the Plea Agreement and to sentence Mr. Young to 18 months imprisonment.

/s/ Patrick J. Bouldin
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE

I hereby certify that on March 9, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Hon. Marisa Ford, Assistant United States Attorney.

/s/ Patrick J Bouldin

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2