AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Western District of Kentucky

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| JOSHUA E. YOUNG | ) | Case No.  3:19-CR-179-CRS |
|  | ) | USM No.  19161-033 |
|  | ) | Patrick J. Bouldin, Assistant Federal Defender |
|  |  | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   Standard #5, #8 and #13   of the term of supervision.

☑ admitted there is a perponderance of evidence to show guilt to violation of condition(s)   Explicit #1

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Explicit #1 | Commission of another federal, state or local crime. | 06/29/2021 |
| Standard #5 | Failure to live at a place approved by the probation officer., | 06/08/2021 |
| Standard #8 | Communicated/interacted with someone he knew was involved in criminal activity. | 04/27/2021 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   4096

Defendant's Year of Birth:   1995

City and State of Defendant's Residence:
Louisville, Kentucky

10/05/2021
Date of Imposition of Judgment

Charles R. Simpson III, Senior Judge
United States District Court
Signature of Judge

Charles R. Simspon, III, U.S. Senior District Judge
Name and Title of Judge

October 7, 2021
Date

Court Reporter: Dena Legg
Time: 00/15 (not contested)

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 1A

Judgment—Page   2   of   3

DEFENDANT:  JOSHUA E. YOUNG
CASE NUMBER:  3:19-CR-179-CRS

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard #13 | Failure to follow the instructions of the probation officer related to the conditions of supervision. | 06/08/2021 |

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: JOSHUA E. YOUNG
CASE NUMBER: 3:19-CR-179-CRS

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of :

TWENTY-ONE (21) MONTHS, which shall be served CONCURRENTLY with the sentence imposed in 3:18-CR-001-CRS (United States v. Young), for a TOTAL term of TWENTY-ONE (21) MONTHS imprisonment, with no Supervised Release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL